# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand and fifteen,

Before:     Ralph K. Winter,
               *Circuit Judge.*

_____

Harbinger Capital Partners LLC, *et al.*,

     Plaintiffs-Appellants,               **ORDER**
                                                               Docket No. 15-408

v.

Deere & Company, Garmin International, Inc.,
Trimble Navigation Limited, United States GPS
Industry Council,

     Defendants-Appellees.

_____

     Appellees move for a 14-day extension until May 22, 2015 to file the opposition brief.

     IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions. The clerk is instructed to treat this case as ready for calendaring as of May 22, 2015 whether or not appellees' brief has been filed. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  FOR THE COURT:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

