# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand and fifteen,

_____

Harbinger Capital Partners LLC, *et al.*,

      Plaintiffs-Appellants,

v.

Deere & Company, Garmin International, Inc.,
Trimble Navigation Limited, United States GPS
Industry Council,

      Defendants-Appellees.
_____

**ORDER**
Docket No. 15-408

      Appellants move for a 7-day extension until June 12, 2015 to file their reply brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

